# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00394-LTB

ELIZABETH ALEXARRRA MAY,

    Plaintiff,

v.

QUARTERRA MULIFAMILY, LLC,
BTC IV DENVER GATEWAY II, LLC,
LENNAR CORPORATION,
DHIC GATEWAY, LLC,
D.R. HORTON REALTY, LLC,
DRHR PROPERTY MANAGEMENT, INC.,
TSCHETTER SULZER MUCCIO, P.C., and
FISHER PHILLIPS, LLP,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's *pro se* Notice of Voluntary Dismissal Without Prejudice (ECF No. 20), filed on April 28, 2025. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." In this case, no responsive pleading has been filed by the defendant. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

Therefore, Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 20) closes the file as of April 28, 2025. *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 20), this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of April 28, 2025. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  30th  day of    April   , 2025.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court